John G. Balestriere
Matthew W. Schmidt
Roberto Cuan (Atty ID: 035821999)
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
roberto.cuan@balestrierefariello.com
*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DOYLE C. STONE**, individually, and for all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>**PRUDENTIAL FINANCIAL, INC., PRUCO LIFE INSURANCE COMPANY**,<br><br>　　　　　　　　　　Defendants. | Case No.:<br>2:21-cv-14610 (SDW)(ESK)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Doyle C. Stone, by and through his undersigned counsel, hereby voluntarily dismisses this action in its entirety with prejudice.

| | |
|---|---|
| Dated: New York, New York<br>January 10, 2022 | Respectfully submitted, |

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: January 13, 2022

By: _/s/ Roberto Cuan_____
John G. Balestriere*
Matthew W. Schmidt
Roberto Cuan (Atty ID: 035821999)
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:  (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
robert.cuan@balestrierefariello.com
*Attorneys for Plaintiff and the Class*
*\*Pro hac vice application forthcoming*